IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01526-WDM-MEH

JAMES W. SPRATT, III AND
INER GAMA, S.A.,

    Plaintiffs,

v.

ROY EDWARD LEINSTER
AND MARCIA FAITH LEINSTER

    Defendants.

---

**NOTICE OF DISMISSAL OF SPRATT'S CLAIMS AS TO ROY EDWARD LEINSTER ONLY**

---

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, the claims of James W. Spratt, III are dismissed as to Edward Leinster only, without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on September 25, 2006.

                                          BY THE COURT:


                                          s/ Walker D. Miller
                                          United States District Judge

PDF FINAL