IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01526-WDM-MEH

JAMES W. SPRATT, III and
INER GAMA, S.A.,

    Plaintiffs,

v.

ROY EDWARDS LEINSTER and
MARCIA FAITH LEINSTER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2006.**

Defendants' Motion for Sanctions [Filed September 26, 2006; Docket #20] is **denied**, without prejudice. *Pro se* Defendant Roy Edwards Leinster has filed this motion on behalf of himself and Defendant Marcia Faith Leinster. By federal statute, *pro se* litigants cannot represent other *pro se* parties. *See* 28 U.S.C. § 1654.