IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01526-WDM-MEH

JAMES W. SPRATT, III and
INER GAMA, S.A.,

    Plaintiffs,

v.

ROY EDWARDS LEINSTER and
MARCIA FAITH LEINSTER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 2, 2007.**

    For good cause shown, but keeping in mind the guidelines of litigation management in this District which were discussed with the parties at the Rule 16(b) conference, the Unopposed Motion to Amend Scheduling Order [Filed April 24, 2007; Docket #80] is **granted** in part and **denied** in part. The following case management deadlines shall hereafter govern this case:

| | | |
|---|---|---|
| ! | Discovery Cutoff: | July 13, 2007 |
| ! | Dispositive Motion Deadline (modified *sua sponte*): | October 8, 2007 |

    The parties should proceed under these deadlines expeditiously and accordingly. When the District Judge enters an Order with regard to the pending dispositive motions, the parties may consider whether to request a period of supplemental discovery, if appropriate.

    Additionally, based upon the revised deadlines above, the Final Pretrial Conference scheduled in this case for August 13, 2007, at 9:00 a.m., is hereby **RESCHEDULED** to October 11, 2007, at 9:30 a.m., in Courtroom C-203 of the United States Courthouse located at 1929 Stout Street, Second Floor, Denver, Colorado.

    The proposed Final Pretrial Order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., Word or WordPerfect only) and shall be e:mailed to the Magistrate Judge at Hegarty_Chambers@cod.uscourts.gov. The parties shall prepare the proposed Final Pretrial Order in accordance with the form which can be found in the forms section of the court's website at www.co.uscourts.gov.