IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01526-WDM-MEH

JAMES W. SPRATT, III and
INER GAMA, S.A.,

    Plaintiffs,

v.

ROY EDWARDS LEINSTER and
MARCIA FAITH LEINSTER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 29, 2007.**

    Plaintiffs' Omnibus Reply to Marcia Faith Leinster's Responses to Plaintiffs' Motions to Compel Directed to Her [Filed June 29, 2007; Docket #128] is **stricken**. This document was improperly filed as a Motion to Compel. Moreover, Defendant Marcia Faith Leinster's Responses were filed on May 24, 2007, and any Replies were to be filed on or before June 11, 2007. Plaintiff has not sought leave of Court to file such an untimely Reply, nor has good cause been established to allow such a delayed filing.