IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 06-cv-01526-WDM-MEH          Date:  July 2, 2007
Courtroom Deputy: Cathy Coomes                **FTR – Courtroom C203**

JAMES W. SPRATT, III; and                     Michael J. Winer
INER GAMA, S.A.;

Plaintiff(s);

vs.

ROY EDWARD LEINSTER and                       *Pro Se*
MARCIA FAITH LEINSTER;                        Jeffrey S. Pagliuca

Defendant(s).

## COURTROOM MINUTES

**MOTIONS HEARING**

**Court in session:**     10:06 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding the following Plaintiff Iner Gama's motions:
1. Motion to Compel Production from Marcia Faith Leinster (Doc. #85, filed 5/3/07)
2. Motion to Compel Answers to Interrogatories (Doc. #86, filed 5/3/07)
3. Motion to Compel Answers to Interrogatories from Roy Edward Leinster and alternatively for Failure to Cooperate in Discovery and for Sanctions (Doc. #87, filed 5/3/07)
4. Motion to Compel Production from Roy Edward Leinster and alternatively for Failure to Cooperate in Discovery and for Sanctions (Doc. #88, filed 5/3/07)
5. Motion to Determine Sufficiency of Roy Edward Leinster's Answers and Objections to Requests for Admissions and alternatively for Failure to Cooperate in Discovery and for Sanctions (Doc. #89, filed 5/3/07)
6. Motion to Determine Sufficiency of Marcia Faith Leinster's Answers and Objections to Requests for Admissions and alternatively for Failure to Cooperate in Discovery and for Sanctions (Doc. #90, filed 5/3/07)

**Court in recess:**     11:00 a.m. (to discuss settlement)

**Court in session:**     **12:00 p.m.**
The Court takes the motions under advisement and will issue a separate Order.

**Court in recess:**     **12:03 p.m.  (Hearing concluded)**
**Total time in court:**  0:57