IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01526-WDM-MEH

JAMES W. SPRATT, III and
INER GAMA, S.A.,

    Plaintiffs,

v.

ROY EDWARDS LEINSTER and
MARCIA FAITH LEINSTER,

    Defendants.
_____

**ORDER ON PLAINTIFF'S DISCOVERY MOTIONS**
_____

    Before the Court are Plaintiff, Iner Gama's, pending discovery motions. Oral argument was held on these matters on July 2, 2007. For the reasons stated below, the Court **denies without prejudice** Plaintiff's Iner Gama's pending discovery motions.

    As an initial matter, all of Plaintiff's six motions fail to comply with D.C.Colo.L.Civ.R. 37.1, which requires the moving party to list each discovery request and each response. Plaintiff utterly fails to do so for all motions except Dock. #88. In that motion, Plaintiff separately lists responses, but does not include the verbatim response of Defendant Mr. Leinster, only Plaintiff's summary of the response. This fails to comply with the Local Rules, and on that basis alone, Plaintiff's motions are denied without prejudice.

    Before Plaintiff re-files all six motions, it should first consider to what extent these issues can be combined into fewer motions. Plaintiff is also directed to research Tenth Circuit case law regarding the standard for determining whether a request is overly broad or unduly burdensome, particularly since many of Plaintiff's requests seek information from accounts "anywhere in the

world." Plaintiff should also consider the scope of this Court's jurisdiction in enforcing such requests.

Accordingly, for the reasons stated above, it is hereby ORDERED that Plaintiff, Iner Gama's, Motion to Compel Production from Marcia Faith Leinster [Docket #85], Motion to Compel Answers to Interrogatories [Docket #86], Motion to Compel Answers to Interrogatories from Roy Edward Leinster *and alternatively* for Failure to Cooperate in Discovery and for Sanctions [Docket #87], Motion to Compel Production from Roy Edward Leinster *and alternatively* for Failure to Cooperate in Discovery and for Sanctions [Docket #88], Motion to Determine Sufficiency of Roy Edward Leinster's Answers and Objections to Requests for Admissions *and alternatively* for Failure to Cooperate in Discovery and for Sanctions [Docket #89], and Motion to Determine Sufficiency of Marcia Faith Leinster's Answers and Objections to Requests for Admission *and alternatively* for Failure to Cooperate in Discovery and for Sanctions [Docket #90] **denied without prejudice**, for failure to comply with D.C.Colo.L.Civ.R. 37.1.  Any renewed motions should also include a Certificate of Compliance with D.C.Colo.L.Civ. 7.1.A, Duty to Confer.

Dated at Denver, Colorado, this 5th day of July, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge