IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01526-WDM-MEH

JAMES W. SPRATT, III, and
INER GAMA, S.A.,

    Plaintiffs,

v.

ROY EDWARD LEINSTER, and
MARCIA FAITH LEINSTER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 10, 2007.**

    Plaintiffs' Unopposed Motion to Amend Scheduling Order [Filed July 5, 2007; Docket #134] is **denied**. Pursuant to D.C. Colo. LCivR 6.1, all motions for extension of time "shall state a date certain for the requested extension of time," and "will not be considered without proof that a copy of the motion has been served upon the moving attorney's client[s]." Plaintiffs' request to extend the discovery cut-off deadline to "thirty (30) days after the Court has ruled on the Wife's [sic] Partial Motion to Dismiss and the Plaintiffs' discovery motions, or should the Court grant the Plaintiffs' discovery motions either entirely or in part, thirty (30) days after the Defendants have complied with said Order" fails to comply with the local rule. And, here, where the Plaintiffs argue that "the scope of permissible discovery may be effected [sic] by the Court's decision on whether to dismiss the Plaintiffs' RICO counts," such argument does not provide a sound basis upon which to extend the discovery period, since discovery has proceeded, and will proceed, on all other claims. Moreover, the Certificate of Service does not reflect that the Motion was served on the Plaintiffs.

    Finally, Plaintiffs' counsel is reminded of the Court's directive during the July 2, 2007 motions hearing that the parties to this matter are entitled to be addressed by their names during this proceeding, and not by characterizations such as "Wife" or "Husband."