IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01526-WDM-MEH

JAMES W. SPRATT, III, and
INER GAMA, S.A.,

    Plaintiffs,

v.

ROY EDWARD LEINSTER, and
MARCIA FAITH LEINSTER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 26, 2007.**

    Pending before the Court is Defendant Ed Leinster's Motion to Comply with Rule 11(b), Federal Rules of Civil Procedure [filed July 12, 2007; Doc #144]. The Motion is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A and with Fed. R. Civ. P. 11(c)(1) (motion for sanctions shall not be filed with the court, unless, within 21 days after service of the motion, the challenged action(s) are not withdrawn or appropriately corrected). Defendant Leinster may re-file his motion in accordance with these and other applicable rules.