IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01526-WDM-MEH

JAMES W. SPRATT, III, and
INER GAMA, S.A.,

    Plaintiffs,

v.

ROY EDWARD LEINSTER, and
MARCIA FAITH LEINSTER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 26, 2007.**

    Pending before the Court is Defendant Roy Edward Leinster's Motion Pursuant to Florida Statute 768.79 [filed July 12, 2007; Doc #145]. The Motion is **denied without prejudice**. Until any dispute over proper jurisdiction is resolved, the within action is governed by the Federal Rules of Civil Procedure, as well as the applicable Colorado state statutes over pendant state claims. As Defendant's Motion appears to assert an Offer of Judgment, the Defendant is directed to review Fed. R. Civ. P. 68, and may re-file his pleading in accordance therewith. In addition, the Defendant is reminded that he must comply with D.C. Colo. LCivR 7.1A when filing motions in this Court.