IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01526-WDM-KLM

JAMES W.  SPRATT, III, and
INER GAMA, S.A.,

      Plaintiff(s),

v.

ROY EDWARDS LEINSTER, and
MARCIA FAITH LEINSTER,

      Defendant(s).

_____

**MINUTE ORDER**

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

Pending before the Court is Defendant Faith Leinster's Motion to Stay Discovery Relating to Financial Matters of Defendant (Docket No. **132,** Filed July 05, 2007) ("the motion")   Based  upon the notice of settlement by the parties (Docket No. 143),

IT IS HEREBY **ORDERED** that the motion is **denied as moot.**

Pursuant to the settlement conference held on July 11, 2007 with Magistrate Judge Michael E. Hegarty, a settlement was reached between Plaintiffs and Marcia Faith Leinster.  The parties were directed to file Dismissal papers as to Ms. Leinster on or before **July 31, 2007.**  Court records do not indicate the filing of a stipulated motion to dismiss nor a motion for an extension of the deadline for filing the stipulation for dismissal. Therefore,

IT IS HEREBY **ORDERED** that the parties shall have to and including **August 20,  2007** within which to file a stipulated motion to dismiss the claims against Ms. Leinster.  The parties are put on notice that failure to file a timely stipulated motion to dismiss by the designated deadline could result in dismissal upon the Court's own initiative.

Dated:  August 9, 2007