IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01526-WDM-KLM

JAMES W. SPRATT, III, et al.,

    Plaintiffs,

v.

ROY EDWARD LEINSTER AND
MARCIA FAITH LEINSTER,

    Defendants.

---

**NOTICE OF DISMISSAL OF CLAIMS AGAINST MARCIA FAITH LEINSTER ONLY**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice against Marcia Faith Leinster in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the complaint is dismissed against Marcia Faith Leinster only, with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 20, 2007.

                              BY THE COURT:


                              s/ Walker D. Miller
                              United States District Judge