IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WALKER D. MILLER

COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks  Date: August 28, 2008
Court Reporter: Janet Coppock  Time: 42 minutes

---

**CASE NO. 06-cv-01526-WDM-KLM**

| Parties | Counsel |
|---|---|
| **JAMES W. SPRATT, III, and INER GAMA, S.A.,** | Michael Winer |
| Plaintiff (s), | |
| vs. | |
| **ROY EDWARDS LEINSTER,** | Pro Se |
| Defendant (s). | |

---

## STATUS CONFERENCE

---

**2:16 p.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL for the plaintiffs. Mr. Leinster appears pro se.

**Plaintiffs' Emergency Request for Entry of Judgment (Doc #201), filed 8/21/08.**

**2:20 p.m.**     Comments by Mr. Winer in support of plaintiffs' motion.

**2:30 p.m.** Comments by Mr. Leinster.

**2:35 p.m.** Further comments by Mr. Winer.

Court states its findings.

**ORDERED:** Plaintiffs' Emergency Request for Entry of Judgment (Doc #201), filed 8/21/08 is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** The parties are directed to resubmit their stipulation with supporting evidence as to the amount and terms of the settlement or set the matter for hearing.

**2:53 p.m.** **COURT IN RECESS**

**Total in court time:** 42 minutes

**Hearing concluded**