IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01526-WDM-KLM

JAMES W. SPRATT, III,
INER GAMA, S.A.,

      Plaintiffs,

v.

ROY EDWARD LEINSTER,

      Defendant.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following minute order is entered by Judge Walker D. Miller:

      Plaintiff's and defendant's motions (doc. nos. 206 & 207) motions to appear by telephone are granted.  Plaintiff shall initiate a telephone conference call with plaintiff and the defendant and call chambers prior to the time of the scheduled hearing.

Dated:  April 16, 2009

                            s/ Jane Trexler, Judicial Assistant