IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   06-cv-01526-WDM-MEH

JAMES W. SPRATT, III,
INER GAMA, S.A.,

     Plaintiffs,

v.

ROY EDWARDS LEINSTER,

     Defendant.
_____

## ORDER FOR ADMINISTRATIVE CLOSURE
_____

In accordance with the hearing held today, it is ordered that this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause.  If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before October 30, 2009, this case shall, without further notice, be automatically dismissed without prejudice.

DATED at Denver, Colorado, on April 23, 2009.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge

PDF FINAL