IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 06-cv-01526-WDM-KLM

JAMES W. SPRATT, III AND
INER GAMA, S.A.,

    Plaintiffs,

v.

ROY EDWARD LEINSTER and
MARCIA FAITH LEINSTER,

    Defendants.

## ORDER GRANTING MOTION TO REOPEN

Miller, J.

    This case is before me on Plaintiff Iner Gama's October 29, 2009 Motion to Reopen Case (Docket No. 211) after it was administratively closed on April 23, 2009. Good cause has been shown to reopen the case.

    It is therefore ORDERED that the parties contact my chambers on or before November 25, 2009 to schedule a status conference.

DATED at Denver, Colorado, on November 18, 2009.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States Senior District Judge

PDF FINAL