IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01526-WDM-KLM

JAMES W. SPRATT, III,
INER GAMA, S.A.,

    Plaintiffs,

v.

ROY EDWARD LEINSTER,

    Defendant.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER

    The following minute order is entered by Judge Walker D. Miller:

    Plainitff, Iner Gama, S.A. and Defendant, Roy Edward Leinster's Joint Motion for Leave to Participate Telephonically at the 121/17/09 Status Conference (Doc. 217) is granted.

Dated:  December 9, 2009

                                                        s/ LaDonne Bush, Deputy Clerk