IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   06-cv-01526-WDM-KLM

INER GAMA, S.A.,

      Plaintiff,

v.

ROY EDWARDS LEINSTER,

      Defendant.

_____

# ORDER

_____

      Pursuant to the Joint Motion to Approve Stipulation of Settlement and to Enter Final Judgment (doc. nos. 220 & 221), and upon determining that Iner Gama, S.A. and Roy Edward Leinster are the sole remaining parties, judgment shall enter in the amount of $8,400 in favor of Plaintiff Iner Gama, S.A. and against Defendant Roy Edward Leinster, each party will pay his or its own attorney's fees and costs.

      DATED at Denver, Colorado, on January 20, 2010.

                         BY THE COURT:

                         s/ Walker D. Miller
                         United States Senior District Judge